UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | |
| JOSEPH MICHAEL GRIFFIN, | ) | CASE NO. 14-69904-MGD |
| | ) | |
| | ) | JUDGE: Mary Grace Diehl |
| Debtor. | ) | |

---

| | | |
|---|---|---|
| | ) | |
| JOSEPH MICHAEL GRIFFIN, | ) | |
| | ) | **CONTESTED MATTER** |
| | ) | |
| Movant. | ) | |
| vs. | ) | |
| | ) | |
| PAUL DOUGLAS LATTIMORE, SR., | ) | |
| Respondent. | ) | |

## MOTION TO AVOID JUDICIAL LIEN

**COMES NOW**, Joseph Michael Griffin, through and by Counsel and file the within "Motion to Avoid Judicial Lien," and show the Court as follows:

(1)

Debtor filed this motion pursuant to 11 U.S.C. Section 522(f)(1), and Bankruptcy Rule 4003(d) to avoid a judicial lien.

(2)

This debt is secured by a judicial lien filed in the Magistrate Court of Rockdale County, Case No. 2013-MAG-5498, in the approximate amount of $7,109.00 on March 13, 2014, and said judicial lien impairs exemptions which the Debtor has properly claimed in Schedule C of the petition, pursuant to O.C.G.A. 44-13-100.

(3)

The existence of the Respondent's lien on Debtor's personal and real property impairs exemptions allowed to the Debtor, pursuant to 11 U.S.C. Section 522(f) and (d).

**WHEREFORE**, Movant prays:

(a) That the Court declare null and of no effect Respondent's judicial lien on all real and personal property of the Debtor;

(b) That the Debtor be allowed to have possession of and clear title to all real and personal property; and

(c) That the Debtor has such other and further relief as the Court may deem just and proper.

Dated this 15th day of October, 2014

_____/s/
Stacey L. Butler
Attorney for the Debtor
GA Bar # 468063
The Bankruptcy Law Group, LLC
155 Eagles Walk
Suite A
Stockbridge, GA  30281
770-389-0002
770-389-0012
*courtdocs@slblawgroup.com*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | |
| JOSEPH MICHAEL GRIFFIN, | ) | CASE NO. 14-69904-MGD |
| | ) | |
| | ) | JUDGE: Mary Grace Diehl |
| Debtor. | ) | |

---

| | | |
|---|---|---|
| | ) | |
| JOSEPH MICHAEL GRIFFIN, | ) | |
| | ) | **CONTESTED MATTER** |
| | ) | |
| Movant. | ) | |
| vs. | ) | |
| | ) | |
| PAUL DOUGLAS LATTIMORE, SR., | ) | |
| Respondent. | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

**NOTICE IS HEREBY GIVEN** that a Motion to Avoid Judicial Lien on exempt property pursuant to 11 U.S.C. Sec. 522 (f)(2) has been filed in the above-styled case on October 15, 2014.

**NOTICE IS FURTHER GIVEN THAT**, pursuant to Local Rule BLR 6008(2) NDGA, the Respondent must file a response to the Motion within 21 days after service, exclusive of the day of service, and serve a copy of same on Movant. In the event that no response is timely filed and served, then the motion will be deemed unopposed and the bankruptcy Court may enter an Order granting the relief sought.

Dated this 15th day of October, 2014

_____/s/_____
Stacey L. Butler
Attorney for the Debtor
GA Bar # 468063
The Bankruptcy Law Group, LLC
155 Eagles Walk
Suite A
Stockbridge, GA  30281
770-389-0002
770-389-0012
**courtdocs@slblawgroup.com**

## CERTIFICATE OF SERVICE

I certify that I served the parties listed below with a true and correct copy of the within and foregoing "Motion to Avoid Judicial Lien" and "Notice of Required Response to Motion to Avoid Judicial Lien on Exempt Property and of Time to File Same" by placing the same in the United States Mail with sufficient postage affixed to ensure delivery, and addressed as indicated:

(INDIVIDUAL – NO REGISTERED AGENT)

Paul Douglas Lattimore, Sr.
3356 Westover Way
Conyers, GA 30013

Joseph Michael Griffin
2304 Benji Boulevard
Conyers, GA 30013

I certify that, by agreement of the parties, Mary Ida Townson, Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated this 15th day of October, 2014

_____/s/_____
Stacey L. Butler
Attorney for the Debtor
GA Bar # 468063
The Bankruptcy Law Group, LLC
155 Eagles Walk
Suite A
Stockbridge, GA  30281
770-389-0002
770-389-0012
***courtdocs@slblawgroup.com***