October 16, 2014

**Attention Bankruptcy Clerk Office:**

This letter is in response to the Chapter **13** Bankruptcy Case (**Case Number** 14-69904-mgd). Debtor Joseph M Griffin 2304 Benji Blvd SE Conyers, GA 30013 (SS #/Ind Tax ID/ other - 125-602991). As an **investor** (Paul Lattimore) in the **debtor's** (Joseph M Griffin) business I am asking you to reject his **"bankruptcy and plea of stay"**. The reason is the debtor is attempting to use the **United States Bankruptcy Court** system to help him defraud individuals as myself. He has led his attorneys and others who may be employed with the United States Government that he is a victim.

However, the debtor (Joseph M Griffin) has deliberately, took full advantage of defrauding me (**investor**) as well as others into investing monies he never intended to pay back. For these reasons, the debtor (Joseph M. Griffin) should be denied the **Chapter 13 Bankruptcy Case**. Attached you will find documents supporting my rejection and you will be able to determine that the debtor (Joseph M Griffin) is only trying to use the Court system to help in his schemes.

Thanks for your considerations,

**Plaintiff**- Paul Lattimore

3356 Westover Way

Conyers, GA 30013

(678) 907-2407

**Debtor**- Joseph M Griffin

**Case Number** 14-69904-mgd

2304 Benji Blvd SE

Conyers, GA 30013

770-827-7251



# Affidavit & Summons of Continuing Garnishment

## MAGISTRATE COURT OF ROCKDALE COUNTY, GEORGIA

**Paul D Lattimore** _____ **Plaintiff**
**3356 WestOver Way Conyers, GA 30013**
(Address)
**(678) 907-2407**
(Telephone Number)

versus

**Joe Griffin** _____ **Defendant**
**2304 Benji Rd Conyers, GA. 30013**
(Address)
**(770) 827-7251**
(Telephone Number)

**Rockdale County Public Schools** **Garnishee**
**954 North Main Street Conyers, GA 30012**
(Address)
**(770) 860-4222**
(Telephone Number)

Gart.
2014 MAG 5498 #
CASE #
2769

Personally appeared the undersigned affiant who on oath says that he is the above plaintiff, his agent, or his attorney at law and that the above defendant is indebted to said plaintiff on a judgment described as follows: **2013-MAG-5498** is the case number in the **MAGISTRATE** Court of **Rockdale** County which rendered the judgment against the defendant, $**7009.00** being the balance thereon.

Affiant further states that affiant believes that garnishee is or may be an employer of the defendant and subject to continuing garnishment.

**Paul D. Latt** _____
Affiant

Approved:

This _____, 20____.

Magistrate Court of Rockdale County

_____
JUDGE OR CLERK

Sworn to and Subscribed Before Me,
This **July 22nd**, 20**14**.

_____
CLERK OR NOTARY PUBLIC

## SUMMONS OF CONTINUING GARNISHMENT

TO: **Rockdale County Public Schools**
**954 North Main Street**
**Conyers, GA 30012**
Address

GARNISHMENT NO. _____
Amount Claimed Due on Judgment $ **7009.00**
Cost of Garnishment $ **100.00**
Total Amount of Summons $ **7109.00**
Court of Judgment **Rockdale**

YOU ARE HEREBY COMMANDED to hold immediately all property, money, wages except what is exempt, belonging to the defendant, or debts owed to the defendant named above at the time of service of this summons and between the time of service of this summons to and including the one hundred seventy-ninth day thereafter. Not later than 45 days after you are served with this summons, you are commanded to file your answer in writing with the clerk of this court and serve a copy upon the plaintiff or his attorney named below. This answer shall state what property, money, and wages, except what is exempt, belonging to the defendant or debts owed to the defendant, you hold or owe at and from the time of this answer to the time of the current answer. The last answer required by summons shall be filed no later than the one hundred ninety-fifth day after you receive this summons. Money or other property admitted in an answer to be subject of continuing garnishment must be delivered to the court with your answers.

FAILURE TO COMPLY WITH THE ABOVE REQUIREMENTS MAY RESULT IN A JUDGMENT AGAINST THE GARNISHEE FOR THE ENTIRE AMOUNT CLAIMED DUE ON THE JUDGMENT AGAINST THE DEFENDANT.

Witness the Honorable _____ **Phinia Aten** _____ Judge of said Court.
This _____, 20____.

_____
Clerk, Magistrate Court of Rockdale County

MCRC-107 (10-13)MP      SEE REVERSE SIDE FOR IMPORTANT INSTRUCTIONS

**WRIT OF FIERI FACIAS**
IN THE MAGISTRATE COURT OF ROCKDALE COUNTY
STATE OF GEORGIA

CIVIL ACTION NUMBER: 2013-MAG-5498

JUDGMENT DATE: March 13, 2014

Plaintiff(s)  Paul Douglas Lattimore, Sr.
3356 Westover Way
Conyers GA  30013

v.

Plaintiff's Name, Address & Telephone

Defendant(s)  Joe Griffin
2304 Benji RD
Conyers GA  30013

Name:    Paul Douglas Lattimore, Sr.

Address:  3356 Westover Way
Conyers GA  30013

To all and singular the sheriffs of the State and their lawful deputies:

In the above styled case, and on the judgment date set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums:

Telephone & Area Code:  678-907-2407

| Principal | $ 7000.00 |
|---|---|
| Interest | $ 0.00 |
| Interest-Other | $ 0.00 |
| Attorney's Fees | $ 0.00 |
| Court Costs | $ 9.00 |
| Total | $ 7009.00 |

Fi. Fa. In Hands of:  Paul Douglas Lattimore, Sr.

**CANCELLATION**
The within and foregoing Fi.Fa. having been paid in full the Clerk of Court is hereby directed to cancel it of record this the ____ day of _____, 20___.

Signature: _____

Title: _____

Note:  with future interest upon said principal amount from the date of judgment at the legal rate.

Therefore, **YOU ARE COMMANDED**, that of the goods and chattels, land and tenements of said defendant(s), and ESPECIALLY/ONLY of the following described property, to wit:

YOU cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the Magistrate Court of this County at the next term of court, with this Writ to render the said plaintiff(s) the principal, interest, attorney fees and costs aforesaid.

Witness the Honorable Phinia Aten, Judge of Said Court, on 17th day of April, 2014.

Doc ID:   009082520001 Type: FIFA
Recorded: 04/18/2014 at 12:30:40 PM
Fee Amt: $5.00 Page 1 of 1
Rockdale County Superior Court
Ruth A. Wilson Clerk
BK 496  PG 313

By: _____
Lillis J. Brown, Clerk of Court

CONSENT JUDGMENT

IN THE MAGISTRATE COURT OF **Rockdale** COUNTY
STATE OF GEORGIA

Paul D. Lattimore, Sr.

_____
Plaintiff
VS.

Joe Griffin

_____
Defendant

CIVIL ACTION FILE NUMBER:

2013 - MAG - 5498

[FILED IN OFFICE 2014 MAR 13 PM 1:09 — Ms. Brown, Clerk, Magistrate Court, Rockdale County]

## CONSENT JUDGMENT

The plaintiff and defendant agree that a judgment shall be entered in this case, as evidenced by the signatures below, it is hereby ORDERED AND ADJUDGED that judgment(s) be rendered in favor of the plaintiff and against the defendant(s) for the sum of **Seven Thousand Dollars** PRINCIPAL AND **0** COURT COSTS. **$7,000.00 +0/100**

Parties further agree that defendant shall be allowed to make payments on this indebtedness at the rate of ___ per (weekly)(biweekly)(monthly) with the first payment being due and payable on ___ and each subsequent payment due (weekly)(biweekly)(monthly) thereafter. **One Thousand Dollars due on April 15, 2014 with the remaining Six thousand Dollars due on July 15, 2014.**

No Fi Fa will issue and no garnishment or other action will be taken on said judgment as long as payments are timely begun and timely paid, as agreed. Should the defendant fail to make a payment or should payment be made more that 3 days beyond the due date, the clerk of magistrate court shall issue a Fi Fa in the amount then outstanding upon written notification from the plaintiff the payments have not been made as agreed and the amount unpaid.

All payments should be made to: **Paul D. Lattimore at 3356 Westover Way Conyers, Georgia 30013.**

This **13** day of **March**, 20**14**.

Winston Denmark
_/s/_ attorney for Plaintiff

CONSENTED TO:
_/s/ Paul D. Lattimore_
Plaintiff
PAUL D. LATTIMORE
Defendant
_/s/_
Joe Griffin

Judge, Magistrate Court of Rockdale County
R.C.

COURT - White    PLAINTIFF - Canary    DEFENDANT - Pink

IN THE MAGISTRATE COURT OF ROCKDALE COUNTY
STATE OF GEORGIA

Paul D. Lattimore
3356 Westover Way
Conyers, GA 30013
_____
Plaintiff

Vs.

Joes~~e~~ Griffin
2304 Benj Rd Conyers, GA 30013
_____
Defendant

Rockdale County Public Schools
_____
Garnishee

954 North Main Street
_____
Street Address

Conyers, GA 30012
_____
City/State/Zip Code

Civil Action
File No. 2014-MAG-2869

Mail Answer To:
Magistrate Court of Rockdale County
P. O. Box 289
Conyers, Georgia 30012

## ANSWER OF CONTINUING GARNISHMENT

1. From the time of this summons of continuing garnishment, if this is the first answer in such summons, otherwise from the time of the last answer to this summons of continuing garnishment, until the time of this answer, garnishee had in his possession the following property of the defendant _____.

2. From the time of service of this summons of continuing garnishment, if this is the first answer to such summons, otherwise from the time of the last answer of the summons of continuing garnishment, until the time of this answer, all debts accruing from garnishee in the defendant are in the amount of $ _____.

3. $ 4236.81 of the amount named in paragraph 2 was wages earned at the rate of $ _____ per month for the period beginning _____, 20 ____, through the time of making this answer. The amount of wages subject is computed as follows:

   $ 4236.81 _____ gross earnings
   $ 588.93 _____ total social security and withholding taxes
   $ 3647.88 _____ total disposable earnings
   $ 911.97 _____ amount of wages subject to continuing garnishment

4. [ · ] If checked, defendant is not presently employed by this garnishee and if employed by garnishee on or after service of this summons of continuing garnishment was most recently terminated on the _____ day of _____, 20 ___.

5. [ ] If checked, this is the last answer this garnishee is required to file to the presently pending summons of continuing garnishment in the above-styled case.

6. Garnishee further states: _____

*Fr Childers*
Garnishee Signature

CERTIFICATE OF SERVICE

This is to certify that I have this day served plaintiff or his/her attorney in the foregoing matter with a copy of this answer by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 1st day of Sept, 2014

*FMC*
Garnishee Signature