# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: ) Case No.: 14-69904-MGD
)
Joseph Michael Griffin ) Judge: Mary Grace Diehl
)
_____ ) Chapter: 13
Debtor(s)

## Baseless and has not merit!

1. MR Griffin used investors money to purchase and rehab a house for the sole purpose to re-sell the house, and pay back investors with a profit

2. MR Griffin has not completed the rehab work on house, after receiving funds to complete the work.

3. MR Griffin still has possession of the house (Investment house)

4. MR Griffin could sell the house and repay his debt to me.

5. MR Griffin is employed by the Rockdale County School board

6. MR Griffin is a licensed and active realtor

7. MR Griffin sold a house September 2013, which I was involved in, and made over $30,000 profit. I have the HUD Statement.

8. MR Griffin refused to pay me last September after closing on above stated deal, when he had the funds to do so.

9. MR Griffin has ownership of a note for a house in Waycross GA, that I gave him. He could sell the house and pay me my money.

Date: 10/20/14

Signature: [signed]

Printed Name: STEPHEN NEEDHAM

Address: 4705 W Village Way
Apt 2428, Smyrna GA 30080

Phone No.: (678) 651-0123

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2014 OCT 20 PM 1:50
M. REGINA THOMAS
CLERK
BY [signed] DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: ) Case No.: 14-69904-MGD
)
Joseph Michael Griffin ) Judge: Mary Grace Diehl
)
_____ ) Chapter: 13

Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 20 day of October 2014, I served a copy of Baseless and has not Merit, which was filed in this bankruptcy matter on the 20 day of October, 2014.

_____

Mode of service (circle one):   MAIL ☑   HAND DELIVER ☐

Name and Address of each party served: Please see attachment

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: 10/20th/14       Signature: S. Needham

Printed Name: STEPHEN NEEDHAM

Address: 4705 W. Village Way Apt 2428, Smyrna GA 30080

Phone: 678 651-0123

F82A - Certificate of Service.wpt                                                        Rev. (01/2012)

Names and address of each Party served

1. MR. Joseph Michael Griffin
2304 Benji Boulevard
Conyers GA, 30013

2. Stacey L. Butler
The Bankruptcy Law group, LLC
155 Eagles Walk
Suite A
Stockbridge, GA 30281

3. Bankruptcy Trustee
Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740